UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WILLIAM DAVID HICKS, JR.,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

### Felon in Possession of a Firearm

On or about July 29, 2024, in Ottawa County, in the Southern Division of the Western District of Michigan,

**WILLIAM DAVID HICKS, JR.,**

knowing that he had previously been convicted of an offense punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm that was in and affecting commerce, that is, a loaded Jimenez Arms .380 semi-automatic pistol, (serial number 018775).

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

## FORFEITURE ALLEGATION

The allegation contained in this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment, the defendant,

**WILLIAM DAVID HICKS, JR.,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the knowing commission of the offense, that is, a Jimenez Arms .380 semi-automatic pistol, (serial number 018775) and ammunition.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461(c)**

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DANIEL Y. MEKARU
Assistant United States Attorney